

# NUMBER 13-26-00330-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

JENNIFER BULL,                                                              Appellant,

## v.

NANCY BULL,                                                                Appellee.

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 1
## OF CALHOUN COUNTY, TEXAS

# MEMORANDUM OPINION

### Before Justices Peña, West, and Fonseca
### Memorandum Opinion by Justice Fonseca

The cause is before the court on its own motion. The clerk's record was due to be filed on or before March 22, 2026. On May 22, 2026, the Clerk of the Court notified appellant that the deputy district clerk, Karla Perez, had notified the Court that appellant had failed to make arrangements for the payment of the clerk's record. Appellant was notified that unless she made arrangements to pay for the clerk's record and proof of payment was provided to the Court within ten days, the appeal was subject to dismissal

for want of prosecution. *See* TEX. R. APP. P. 37.3(b). To date, appellant has failed to respond to the notice, and the Court has not received the clerk's record.

Furthermore, on April 23, 2026, the Clerk of the Court instructed the appellant to remit a $205.00 filing fee. On May 5, 2026, the Clerk of the Court notified appellant that she was delinquent in remitting the $205.00 filing fee. The Clerk of the Court notified appellant the appeal was subject to dismissal if the filing fee was not paid within ten days from the date of the letter. *See id.* R. 42.3(c). To date, appellant has not paid the filing fee.

No clerk's record has been filed due to appellant's failure to pay or make payment arrangements, and appellant has failed to comply with a notice from the Clerk of the Court requiring a response or other action within the time specified. Accordingly, the appeal is dismissed for want of prosecution. *See id.* R. 37.3(b), 42.3(b), (c).

YSMAEL D. FONSECA
Justice

Delivered and filed on the
25th day of June, 2026.

2